

NUMBER 13-16-00313-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LOUIS A. OLIVAREZ,                                                        Appellant,

v.

WEST OSO INDEPENDENT
SCHOOL DISTRICT,                                                          Appellee.

### On appeal from the 319th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Louis A. Olivarez, proceeding pro se, filed a document entitled "Right of Notice and Appeal" in this Court on June 8, 2016. According to this pleading, the trial court had dismissed his case on February 26, 2013 without providing notice to appellant. Appellant requested this Court to grant reinstatement of the underlying cause. On June

9, 2016, the Clerk of this Court informed appellant that his pleading did not meet the requirements for an original proceeding and, if the document were construed as a notice of appeal, the notice of appeal was not timely filed. *See* Tex. R. App. P. 26, 52. Appellant was advised that the matter would be dismissed if the defect was not corrected within ten days from the date of receipt of the Court's directive. On June 28, 2016, appellant filed a response to this Court's notice asserting that he had not filed any pleadings with this Court and contending that this Court "has nothing to do with my civil case at this time" and does not "have jurisdiction over this case."

The Court, having examined and fully considered the documents on file, appellant's response, and appellant's failure to timely perfect his appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Delivered and filed the
14th day of July, 2016.